Joseph D. Frank (JF 6085)
**FRANK/GECKER LLP**
325 North LaSalle Street, Suite 625
Chicago, Illinois  60610
Phone: (312) 276-1400
Fax:    (312) 276-0035
Admitted *pro hac vice*
Counsel for José Angel Valdez

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **DANA CORPORATION**, *et al.*, | : | Case No. 06-10354 (BRL) |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | Honorable Burton R. Lifland |

## NOTICE OF APPEAL

José Angel Valdez ("Valdez"), by his attorneys, pursuant to 28 U.S.C. § 158(a)(1) and Rule 8001 of the Federal Rules of Bankruptcy Procedure, hereby appeals to the United States District Court for the Southern District of New York from the Order Confirming Third Amended Joint Plan of Reorganization of Debtors and Debtors in Possession, entered in these bankruptcy proceedings on December 26, 2007 [Docket No. 7509] (the "Order"), a copy of which is attached hereto as Exhibit A.

The other parties to the Order from which Mr. Valdez appeals are:  (a) Dana Corporation and its related debtor affiliates and subsidiaries, the above-captioned debtors; (b) the Official Committee of Unsecured Creditors; (c) the Official Committee of Non-Union Retired Employees; (d) the Office of the United States Trustee for the Southern District of New York; (e) the Ad Hoc Committee of Bondholders; (f) the Retiree Committee; (g) the United Automobile, Aerospace and Agricultural Implement Workers of America; (h) the United Automobile, Aerospace and Agricultural Implement Workers of America and United Steel, Paper and Forestry, Rubber, Manufacturing, Energy Allied Industrial and Service Workers International

Union; (i) Centerbridge Partners, LP; (j) Ogre Holdings, Inc. f/k/a Acraline Products, Inc.; (k) the Ad Hoc Committee of Asbestos Personal Injury Claimants; (l) the Indiana Department of Environmental Management; (m) Pine Tree Independent School District, Longview Independent School District, County of Harrison and Hallsville Independent School District; (n) Dallas County and Gregg County; (o) SEIU Pension Plans Master Trust, West Virginia Laborers' Pension Trust Fund and Plumbers and Pipefitters National Pension Fund; and (p) the United States of America on behalf of the Internal Revenue Service. The names, addresses and telephone numbers of those parties' respective attorneys are as follows:

| **Counsel to the Debtors** | **Debtors** |
|---|---|
| Corrine Ball<br>Veerle Roovers<br>JONES DAY<br>222 East 41st Street<br>New York, New York 10017<br>(212) 326-3939 | Marc S. Levin<br>Deputy General Counsel<br>DANA CORPORATION<br>4500 Dorr Street<br>Toledo, Ohio 43615<br>(419) 535-4500 |
| **Counsel to the Debtors** | **Counsel to the Official Committee of Unsecured Creditors** |
| Heather Lennox<br>Carl E. Black<br>JONES DAY<br>North Point<br>901 Lakeside Avenue<br>Cleveland, Ohio 44114<br>(216) 586-3939 | Thomas Moers Mayer<br>Matthew J. Williams<br>KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>1177 Avenue of the Americas<br>New York, New York 10036<br>(212) 715-9100 |
| **Office of the United States Trustee** | **Counsel to the Ad Hoc Committee of Bondholders** |
| Andrew Velez-Rivera<br>OFFICE OF THE UNITED STATES TRUSTEE,<br>SOUTHERN DISTRICT OF NEW YORK<br>33 Whitehall Street, 21st Street<br>New York, New York 10004<br>(212) 510-0500 | Kristopher M. Hansen<br>Sayan Bhattacharyya<br>STROOCK & STROOCK & LAVAN LLP<br>180 Maiden Lane<br>New York, New York 10038<br>(212) 848-5400 |

{ COONEY / 002 / 00012346.DOC /}

| | |
|---|---|
| **Counsel to the Retiree Committee**<br><br>Trent P. Cornell<br>Jon D. Cohen<br>STAHL COWEN CROWLEY LLC<br>55 West Monroe Street<br>Chicago, Illinois  60603<br>(312) 641-0060 | **Counsel to United Automobile, Aerospace and Agricultural Implement Workers of America**<br><br>Lowell Peterson<br>MEYER SUOZZI ENGLISH & KLEIN PC<br>1350 Broadway, Suite 501<br>New York, New York  10018<br>(212) 239-4999 |
| **Counsel to Centerbridge Partners LP**<br><br>Matthew A. Feldman<br>Paul V. Shalhoub<br>Morris Massel<br>WILLKIE FARR & GALLAGHER LLP<br>787 Seventh Avenue<br>New York, New York  10019<br>(212) 728-8000 | **Counsel to United Automobile, Aerospace and Agricultural Implement Workers of America and United Steel, Paper and Forestry, Rubber, Manufacturing, Energy Allied Industrial and Service Workers International Union**<br><br>Babette Ceccotti<br>COHEN WEISS AND SIMON LLP<br>330 West 42nd Street, Suite 501<br>New York, New York  10036<br>(212) 563-4100 |
| **Counsel to Ogre Holdings, Inc. f/k/a Acraline Products, Inc.**<br><br>Paul T. Deignan<br>SOMMER BARNARD ATTORNEYS, PC<br>One Indiana Square, Suite 3500<br>Indianapolis, Indiana  46204<br>(317) 713-3500 | **Counsel to Ad Hoc Committee of Asbestos Personal Injury Claimants**<br><br>Sander L. Esserman<br>STUTZMAN, BROMBERG, ESSERMAN & PLIFKA, A PROFESSIONAL CORPORATION<br>2323 Bryan Street, Suite 2200<br>Dallas, Texas  75201<br>(214) 969-4900 |
| **Counsel to Ad Hoc Committee of Asbestos Personal Injury Claimants**<br><br>Douglas T. Tabachnik<br>LAW OFFICES OF DOUGLAS T. TABACHNIK<br>Woodhull House, Suite C<br>63 West Main Street<br>Freehold, New Jersey  07728<br>(732) 792-2760 | **Counsel to Pine Tree Independent School District, Longview Independent School District, County of Harrison and Hallsville Independent School District**<br><br>Michael Reed<br>MCCREARY, VESELKA, BRAGG & ALLEN, P.C.<br>P.O. Box 1269<br>Round Rock, Texas  78680<br>(512) 323-3200 |

{ COONEY / 002 / 00012346.DOC /}

| **Counsel to Dallas County and Gregg County** | **Counsel to Indiana Department of Environmental Management** |
|---|---|
| Elizabeth Weller<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>2323 Bryan Street<br>Suite 1600<br>Dallas, Texas  75201<br>(469) 221-5075 | Steven Carter<br>OFFICE OF THE INDIANA ATTORNEY GENERAL<br>IGCS, Fifth Floor<br>302 West Washington Street<br>Indianapolis, Indiana  46204<br>(317) 234-3089 |
| **Counsel to SEIU Pension Plans Master Trust, West Virginia Laborers' Pension Trust Fund and Plumbers and Pipefitters National Pension Fund ("Lead Plaintiffs")** | **Counsel to SEIU Pension Plans Master Trust, West Virginia Laborers' Pension Trust Fund and Plumbers and Pipefitters National Pension Fund ("Lead Plaintiffs")** |
| Michael S. Etkin<br>LOWENSTEIN SANDLER PC<br>1251 Avenue of the Americas, 18th Floor<br>New York, New York  10020<br>(212) 262-6700 | Darren J. Robbins<br>Debra J. Wyman<br>COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP<br>655 West Broadway, Suite 1900<br>San Diego, California  92101<br>(619) 231-1058 |
| **Counsel to the United States of America on behalf of the Internal Revenue Service** | |
| Michael J. Garcia<br>UNITED STATES ATTORNEY FOR THE SOUTHERN DISTRICT OF NEW YORK<br>86 Chambers Street, Third Floor<br>New York, New York  10007<br>(212) 637-2745 | |

Dated: January 4, 2008

Respectfully submitted,

JOSÉ ANGEL VALDEZ

By:  _/s/ Joseph D. Frank_
       One of his attorneys

Joseph D. Frank (JF 6085)
Jeremy C. Kleinman (JK 0080)
FRANK/GECKER LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois  60610
(312) 276-1400 – telephone
(312) 276-0035 – facsimile
jfrank@fgllp.com; jkleinman@fgllp.com

- 4 -

## **CERTIFICATE OF SERVICE**

I, Joseph D. Frank, an attorney, hereby certify that on **January 4, 2008**, a copy of the foregoing **Notice of Appeal** was served upon all parties who are currently on the Court's Electronic Mail Notice List by operation of the Court's Electronic Filing System.  A copy also was served this day upon the parties listed on the attached Service List via electronic mail (if available) or via facsimile.

By:   */s/ Joseph D. Frank*

| **Counsel to the Debtors** | **Noticing Agent** |
|---|---|
| Corrine Ball<br>Veerle Roovers<br>JONES DAY<br>222 East 41st Street<br>New York, New York 10017<br>(212) 326-3939<br>(212) 755-7306 – fax<br>cball@jonesday.com<br>vroovers@jonesday.com | THE BMC GROUP, INC.<br>Attn: Dana Corporation Noticing<br>P.O. Box 952<br>El Segundo, California 90245-0952<br>(310) 640-8071 – fax<br>dana@bmcgroup.com |
| **Counsel to the Debtors** | **Debtors** |
| Heather Lennox<br>Carl E. Black<br>JONES DAY<br>North Point<br>901 Lakeside Avenue<br>Cleveland, Ohio 44114<br>(216) 586-3939<br>(216) 579-0212 – fax<br>hlennox@jonesday.com<br>ceblack@jonesday.com | Marc S. Levin<br>Deputy General Counsel<br>DANA CORPORATION<br>4500 Dorr Street<br>Toledo, Ohio 43615<br>(419) 535-4500<br>(419) 535-4543 – fax<br>corporate.lawdepartment@data.com |
| **Office of the United States Trustee** | **Counsel to the Official Committee of Unsecured Creditors** |
| Andrew Velez-Rivera<br>OFFICE OF THE UNITED STATES TRUSTEE,<br>SOUTHERN DISTRICT OF NEW YORK<br>33 Whitehall Street, 21st Street<br>New York, New York 10004<br>(212) 510-0500<br>(212) 668-2255 – fax<br>*email service not accepted* | Thomas Moers Mayer<br>Matthew J. Williams<br>KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>1177 Avenue of the Americas<br>New York, New York 10036<br>(212) 715-9100<br>(212) 715-8000 – fax<br>tmayer@kramerlevin.com<br>mwilliams@kramerlevin.com |
| **Counsel to the Retiree Committee** | **Counsel to the Ad Hoc Committee of Bondholders** |
| Trent P. Cornell<br>Jon D. Cohen<br>STAHL COWEN CROWLEY LLC<br>55 West Monroe Street<br>Chicago, Illinois 60603<br>(312) 641-0060<br>(312) 641-6959 – fax<br>tcornell@stahlcowen.com<br>jcohen@stahlcowen.com | Kristopher M. Hansen<br>Sayan Bhattacharyya<br>STROOCK & STROOCK & LAVAN LLP<br>180 Maiden Lane<br>New York, New York 10038<br>(212) 848-5400<br>khansen@stroock.com<br>sbhattacharyya@stroock.com |

| | |
|---|---|
| **Counsel to Centerbridge Partners LP**<br><br>Matthew A. Feldman<br>Paul V. Shalhoub<br>Morris Massel<br>WILLKIE FARR & GALLAGHER LLP<br>787 Seventh Avenue<br>New York, New York  10019<br>(212) 728-8000<br>(212) 728-8111 – fax<br>mfeldman@willkie.com<br>pshalhoub@willkie.com<br>mmassel@willkie.com | **Counsel to United Automobile, Aerospace and Agricultural Implement Workers of America**<br><br>Lowell Peterson<br>MEYER SUOZZI ENGLISH & KLEIN PC<br>1350 Broadway<br>Suite 501<br>New York, New York  10018<br>(212) 239-4999<br>(212) 239-1311 – fax<br>lpeterson@msek.com |
| **Counsel to United Automobile, Aerospace and Agricultural Implement Workers of America and United Steel, Paper and Forestry, Rubber, Manufacturing, Energy Allied Industrial and Service Workers International Union**<br><br>Babette Ceccotti<br>COHEN WEISS AND SIMON LLP<br>330 West 42nd Street, Suite 501<br>New York, New York  10036<br>(212) 563-4100<br>(212) 695-3436 – fax<br>bceccotti@cwsny.com | **Counsel to Ogre Holdings, Inc. f/k/a Acraline Products, Inc.**<br><br>Paul T. Deignan<br>SOMMER BARNARD ATTORNEYS, PC<br>One Indiana Square<br>Suite 3500<br>Indianapolis, Indiana  46204<br>(317) 713-3500<br>(317) 713-3699 – fax<br>pdeignan@sommerbarnard.com |
| **Counsel to Ad Hoc Committee of Asbestos Personal Injury Claimants**<br><br>Douglas T. Tabachnik<br>LAW OFFICES OF DOUGLAS T. TABACHNIK<br>Woodhull House, Suite C<br>63 West Main Street<br>Freehold, New Jersey  07728<br>(732) 792-2760<br>(732) 792-2761 – fax<br>dttlaw@aol.com | **Counsel to Ad Hoc Committee of Asbestos Personal Injury Claimants**<br><br>Sander L. Esserman<br>STUTZMAN, BROMBERG, ESSERMAN & PLIFKA, A PROFESSIONAL CORPORATION<br>2323 Bryan Street, Suite 2200<br>Dallas, Texas  75201<br>(214) 969-4900<br>(214) 969-4999 – fax<br>esserman@sbep-law.com |

| | |
|---|---|
| **Counsel to Pine Tree Independent School District, Longview Independent School District, County of Harrison and Hallsville Independent School District** | **Counsel to Dallas County and Gregg County** |
| Michael Reed<br>MCCREARY, VESELKA, BRAGG & ALLEN, P.C.<br>P.O. Box 1269<br>Round Rock, Texas 78680<br>(512) 323-3200<br>(512) 323-3205 – fax<br>sragsdale@mvgalaw.com | Elizabeth Weller<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>2323 Bryan Street<br>Suite 1600<br>Dallas, Texas 75201<br>(469) 221-5075<br>(469) 221-5002 – fax<br>bethw@publicans.com |
| **Counsel to Indiana Department of Environmental Management** | **Counsel to SEIU Pension Plans Master Trust, West Virginia Laborers' Pension Trust Fund and Plumbers and Pipefitters National Pension Fund ("Lead Plaintiffs")** |
| Steven Carter<br>OFFICE OF THE INDIANA ATTORNEY GENERAL<br>IGCS, Fifth Floor<br>302 West Washington Street<br>Indianapolis, Indiana 46204<br>(317) 234-3089<br>(317) 232-7979 – fax<br>*email service not accepted* | Michael S. Etkin<br>LOWENSTEIN SANDLER PC<br>1251 Avenue of the Americas, 18th Floor<br>New York, New York 10020<br>(212) 262-6700<br>(212) 262-7402 – fax<br>metkin@lowenstein.com |
| **Counsel to SEIU Pension Plans Master Trust, West Virginia Laborers' Pension Trust Fund and Plumbers and Pipefitters National Pension Fund ("Lead Plaintiffs")** | **Counsel to the United States of America on behalf of the Internal Revenue Service** |
| Darren J. Robbins<br>Debra J. Wyman<br>COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP<br>655 West Broadway, Suite 1900<br>San Diego, California 92101<br>(619) 231-1058<br>(619) 231-7423 – fax<br>dwyman@csgrr.com | Michael J. Garcia<br>UNITED STATES ATTORNEY FOR THE SOUTHERN DISTRICT OF NEW YORK<br>86 Chambers Street<br>Third Floor<br>New York, New York 10007<br>(212) 637-2745<br>(212) 637-2686 – fax<br>*email service not accepted* |