Joseph D. Frank (JF 6085)
**FRANK/GECKER LLP**
325 North LaSalle Street, Suite 625
Chicago, Illinois  60610
Phone: (312) 276-1400
Fax:    (312) 276-0035
Admitted *pro hac vice*
Counsel for José Angel Valdez

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **DANA CORPORATION,** *et al.*, | : | Case No. 06-10354 (BRL) |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | Honorable Burton R. Lifland |

## DESIGNATION OF CONTENT OF RECORD ON APPEAL

Appellant José Angel Valdez ("Valdez"), by his attorneys, pursuant to Rule 8006 and Rule 8019 of the Federal Rules of Bankruptcy Procedure, hereby designates the following items to be included in the Record on Appeal:

| Item No.: | Docket No.: | Filing Date: | Description: |
|---|---|---|---|
| 1. | 6669 | 10/23/2007 | Third Amended Disclosure Statement with Respect to Third Amended Joint Plan of Reorganized Debtors and Debtors in Possession |
| 2. | 6671 | 10/23/2007 | Third Amended Joint Plan of Reorganized Debtors and Debtors in Possession |
| 3. | 6673 | 10/23/2007 | Order (I) Approving Disclosure Statement, (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Third Amended Joint Plan of Reorganization, (III) Scheduling Hearing on Confirmation of Third Amended Joint Plan of Reorganization and (IV) Approving Related Notice Procedures |
| 4. | 7030 | 11/20/2007 | Notice of Filing of Certain Exhibits to Third Amended Joint Plan of Reorganization Relating to Executory Contracts and Unexpired Leases with Attachments |

| Item No.: | Docket No.: | Filing Date: | Description: |
|---|---|---|---|
| 5. | 7208 | 11/28/2007 | The Ad Hoc Committee of Asbestos Personal Injury Claimants' Objection to the Third Amended Joint Plan of Reorganization of Debtors and Debtors in Possession |
| 6. | 7274 | 11/29/2007 | Objection to Confirmation of Plan of Jose Angel Valdez with Exhibit |
| 7. | 7275 | 11/29/2007 | Joinder in Objection to Confirmation of Plan of Jose Angel Valdez by Cooney & Conway |
| 8. | 7342 | 12/04/2007 | Notice of Filing of Supplements to Certain Exhibits to Third Amended Joint Plan of Reorganization Relating to Executory Contract and Unexpired Leases and Joint Venture Agreements by Dana Corporation |
| 9. | 7347 | 12/05/2007 | Debtors' Witness List for hearing to be held on 12/10/2007 |
| 10. | 7359 | 12/05/2007 | Notice of Agenda of Matters Scheduled for Hearing on December 10, 2007 |
| 11. | 7362 | 12/05/2007 | Notice of Filing of Certain Exhibits to Third Amended Joint Plan of Reorganization by Dana Corporation with Exhibits |
| 12. | 7363 | 12/05/2007 | Notice of Filing of Forms of First Amended Investment Agreement and Certain Related Amended and Restated Exhibits in Connection with Confirmation of Third Amended Joint Plan of Reorganization of Debtors and Debtors in Possession by Dana Corporation with Exhibits |
| 13. | 7373 | 12/06/2007 | Certificate of Service of Witness List of Jose Angel Valdez |
| 14. | 7374 | 12/06/2007 | Declaration of Jeffrey B. Ellman Certifying the Tabulation of Votes on, and the Results of Voting with Respect to, the Third Amended Joint Plan of Reorganization of Debtors and Debtors in Possession with Exhibits |
| 15. | 7375 | 12/06/2007 | Debtors' Consolidated Reply to Objections to Confirmation of Third Amended Joint Plan of Reorganization of Debtors and Debtors in Possession and Request for Judicial Notice |

| Item No.: | Docket No.: | Filing Date: | Description: |
|---|---|---|---|
| 16. | 7376 | 12/06/2007 | Debtors' (I) Memorandum of Law in Support of Confirmation of Third Amended Joint Plan of Reorganization of Debtors and Debtors in Possession and (II) Consolidated Reply to Certain Objections to Confirmation of Third Amended Joint Plan of Reorganization of Debtors and Debtors in Possession with Exhibits |
| 17. | 7377 | 12/06/2007 | Supplemental Brief in Support of Confirmation of Third Amended Joint Plan of Reorganization of Debtors and Debtors in Possession |
| 18. | 7378 | 12/06/2007 | Declaration of William R. Hanlon |
| 19. | 7379 | 12/06/2007 | Declaration of R. Thomas Radcliffe, Jr. |
| 20. | 7380 | 12/06/2007 | Declaration of John E. Heintz in Support of Confirmation of Joint Plan of Reorganization of Dana Corporation and Certain of Its Debtors Affiliates Under Chapter 11 of the Bankruptcy Code |
| 21. | 7381 | 12/06/2007 | Declaration of Jonathan R. Terrell |
| 22. | 7386 | 12/07/2007 | Motion of Debtors and Debtors in Possession for an Order Authorizing Them to File Certain Exhibits to the Declaration of John E. Heintz, an Exhibit to the Debtors' Consolidated Reply to Objections to Confirmation of Third Amended Joint Plan of Reorganization of Debtors and Debtors in Possession and Request for Judicial Notice, Under Seal |
| 23. | 7391 | 12/07/2007 | Order Authorizing Debtors and Debtors in Possession to File Certain Exhibits to the Declaration of John E. Heintz, an Exhibit to the Debtors' Consolidated Reply to Objections to Confirmation of Third Amended Joint Plan of Reorganization of Debtors and Debtors in Possession and Request for Judicial Notice, Under Seal |

| Item No.: | Docket No.: | Filing Date: | Description: |
|---|---|---|---|
| 24. | 7395 | 12/07/2007 | Notice of Filing of Exhibit B to the Declaration of John E. Heintz, an Exhibit to the Consolidated Reply to Objections to Confirmation of Third Amended Joint Plan of Reorganization of Debtors and Debtors in Possession and Request for Judicial Notice |
| 25. | 7401 | 12/07/2007 | Notice of Filing of Plan Supplement |
| 26. | 7402 | 12/07/2007 | Notice of Filing of Certain Amended Exhibits to the Third Amended Joint Plan of Reorganization of Debtors and Debtors in Possession |
| 27. | 7407 | 12/09/2007 | Notice of Filing of Executed First Amendment to Investment Agreement and Form of Certain Exhibits Thereto in Connection with Confirmation of Third Amended Joint Plan of Reorganization of Debtors and Debtors in Possession |
| 28. | 7423 | 12/11/2007 | So Order Stipulation and Agreed Order Between the Debtors and the Official Committee of Non-Union Retirees |
| 29. | 7503 | 12/18/2007 | Transcript of Hearing Held on December 12, 2007 |
| 30. | 7509 | 12/26/2007 | Written Opinion and Order Confirming Third Amended Joint Plan of Reorganization of Debtors and Debtors in Possession |
| 31. | 7540 | 01/03/2008 | Notice of Appeal by Ad Hoc Committee of Asbestos Personal Injury Claimants |
| 32. | 7510 | 12/17/2007 | Transcript of Hearing, December 11, 2007, *In re Dana Corporation, et al.*¸ Case No. 06-10354, before the Honorable Burton R. Lifland, United States Bankruptcy Judge |
| 33. | 7520 | 12/17/2007 | Transcript of Hearing, December 10, 2007, *In re Dana Corporation, et al.*¸ Case No. 06-10354, before the Honorable Burton R. Lifland, United States Bankruptcy Judge |
| 34. | 7544 | 01/04/2008 | Notice of Appeal by Jose Angel Valdez |

- 4 -

| Item No.: | Docket No.: | Filing Date: | Description: |
|---|---|---|---|
| 35. | 10354, Part 2 | 01/11/2008 | Ad Hoc Committee of Asbestos Personal Injury Claimants Exhibit 1 (slides 1 through 8, DANA - 56351 through DANA-56359), placed on the docket as Part 2 to Appellant Ad Hoc Committee of Personal Injury Asbestos Claimants' Designation of Items to be Included in Record on Appeal |
| 36. | 10354, Part 3 | 01/11/2008 | Valdez Exhibit 1 (Civil Docket Report of Philadelphia Court of Common Pleas), placed on the docket as Part 3 to Appellant Ad Hoc Committee of Personal Injury Asbestos Claimants' Designation of Items to be Included in Record on Appeal |
| 37. | 10354, Part 3 | 01/11/2008 | Valdez Exhibit 6 (Forecast of Indemnity and Defense Costs to Resolve All Future Asbestos-Related Bodily Injury Claims Filed Against Dana Corporation Inc. and the Amount of Such Costs Not Covered by Insurance Prepared by Thomas Vasquez, Ph.D., ARPC, New York, NY), placed on the docket as Part 3 to Appellant Ad Hoc Committee of Personal Injury Asbestos Claimants' Designation of Items to be Included in Record on Appeal |
| 38. | 10354, Part 19 | 01/11/2008 | Valdez Exhibit 13 (pro forma balance sheet with schedules), placed on the docket as Part 19 to Appellant Ad Hoc Committee of Personal Injury Asbestos Claimants' Designation of Items to be Included in Record on Appeal |
| 39. | 10354, Parts 4 and 5 | 01/11/2008 | Debtors' Witness Exhibit Binder; excerpts of Exhibit 1 and Exhibits 2-15 were placed on the docket as Parts 4 and 5, respectively, to Appellant Ad Hoc Committee of Personal Injury Asbestos Claimants' Designation of Items to be Included in Record on Appeal (Exhibit 1 also includes Third Amended Disclosure Statement with Respect to Third Amended Joint Plan of Reorganized Debtors and Debtors in Possession and the Third Amended Joint Plan of Reorganized Debtors and Debtors in Possession, designated as Items Number 1 and 2 above) |
| 40. | 10354, Parts 6-13 | 01/11/2008 | Debtors' Witness Exhibit Binder Volume II (Exhibits 19–39), placed on the docket as Parts 6-13 to Appellant Ad Hoc Committee of Personal Injury Asbestos Claimants' Designation of Items to be Included in Record on Appeal |

| Item No.: | Docket No.: | Filing Date: | Description: |
|---|---|---|---|
| 41. | 10354, Parts 14-18 | 01/11/2008 | Debtors' Demonstrative Exhibits 17-19, placed on the docket as Parts 14-18 to Appellant Ad Hoc Committee of Personal Injury Asbestos Claimants' Designation of Items to be Included in Record on Appeal |

Dated: January 14, 2008

Respectfully submitted,

By: ___/s/ *Joseph D. Frank*___

Joseph D. Frank (JF 6085)
Jeremy C. Kleinman (JK 0080)
FRANK/GECKER LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois 60610
(312) 276-1400 – telephone
(312) 276-0035 – facsimile
jfrank@fgllp.com; jkleinman@fgllp.com

COUNSEL FOR JOSÉ ANGEL VALDEZ

- 6 -

## CERTIFICATE OF SERVICE

I, Joseph D. Frank, an attorney, hereby certify that on **January 14, 2008**, a copy of the foregoing **Designation of Content of Record on Appeal** was served upon all parties who are currently on the Court's Electronic Mail Notice List by operation of the Court's Electronic Filing System.  A copy also was served this day upon the parties listed on the attached Service List via electronic mail (if available) or via facsimile.


By:  /s/ *Joseph D. Frank*

| **Counsel to the Debtors** | **Noticing Agent** |
|---|---|
| Corrine Ball<br>Veerle Roovers<br>JONES DAY<br>222 East 41st Street<br>New York, New York  10017<br>(212) 326-3939<br>(212) 755-7306 – fax<br>cball@jonesday.com<br>vroovers@jonesday.com | THE BMC GROUP, INC.<br>Attn:  Dana Corporation Noticing<br>P.O. Box 952<br>El Segundo, California  90245-0952<br>(310) 640-8071 – fax<br>dana@bmcgroup.com |
| **Counsel to the Debtors** | **Debtors** |
| Heather Lennox<br>Carl E. Black<br>JONES DAY<br>North Point<br>901 Lakeside Avenue<br>Cleveland, Ohio 44114<br>(216) 586-3939<br>(216) 579-0212 – fax<br>hlennox@jonesday.com<br>ceblack@jonesday.com | Marc S. Levin<br>Deputy General Counsel<br>DANA CORPORATION<br>4500 Dorr Street<br>Toledo, Ohio  43615<br>(419) 535-4500<br>(419) 535-4543 – fax<br>corporate.lawdepartment@dana.com |
| **Office of the United States Trustee** | **Counsel to the Official Committee of Unsecured Creditors** |
| Andrew Velez-Rivera<br>OFFICE OF THE UNITED STATES TRUSTEE,<br>SOUTHERN DISTRICT OF NEW YORK<br>33 Whitehall Street, 21st Street<br>New York, New York  10004<br>(212) 510-0500<br>(212) 668-2255 – fax<br>*email service not accepted* | Thomas Moers Mayer<br>Matthew J. Williams<br>KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>1177 Avenue of the Americas<br>New York, New York  10036<br>(212) 715-9100<br>(212) 715-8000 – fax<br>tmayer@kramerlevin.com<br>mwilliams@kramerlevin.com |
| **Counsel to Centerbridge Partners LP** | **Counsel to United Automobile, Aerospace and Agricultural Implement Workers of America** |
| Matthew A. Feldman<br>Paul V. Shalhoub<br>Morris Massel<br>WILLKIE FARR & GALLAGHER LLP<br>787 Seventh Avenue<br>New York, New York  10019<br>(212) 728-8000<br>(212) 728-8111 – fax<br>mfeldman@willkie.com<br>pshalhoub@willkie.com<br>mmassel@willkie.com | Lowell Peterson<br>MEYER SUOZZI ENGLISH & KLEIN PC<br>1350 Broadway<br>Suite 501<br>New York, New York  10018<br>(212) 239-4999<br>(212) 239-1311 – fax<br>lpeterson@msek.com |

**Counsel to United Automobile, Aerospace and Agricultural Implement Workers of America and United Steel, Paper and Forestry, Rubber, Manufacturing, Energy Allied Industrial and Service Workers International Union**

Babette Ceccotti
COHEN WEISS AND SIMON LLP
330 West 42nd Street, Suite 501
New York, New York  10036
(212) 563-4100
(212) 695-3436 – fax
bceccotti@cwsny.com

**Counsel to Ogre Holdings, Inc. f/k/a Acraline Products, Inc.**

Paul T. Deignan
SOMMER BARNARD ATTORNEYS, PC
One Indiana Square
Suite 3500
Indianapolis, Indiana  46204
(317) 713-3500
(317) 713-3699 – fax
pdeignan@sommerbarnard.com

**Counsel to Ad Hoc Committee of Asbestos Personal Injury Claimants**

Douglas T. Tabachnik
LAW OFFICES OF DOUGLAS T. TABACHNIK
Woodhull House, Suite C
63 West Main Street
Freehold, New Jersey  07728
(732) 792-2760
(732) 792-2761 – fax
dttlaw@aol.com

**Counsel to Ad Hoc Committee of Asbestos Personal Injury Claimants**

Sander L. Esserman
STUTZMAN, BROMBERG, ESSERMAN & PLIFKA,
A PROFESSIONAL CORPORATION
2323 Bryan Street, Suite 2200
Dallas, Texas  75201
(214) 969-4900
(214) 969-4999 – fax
esserman@sbep-law.com

**Counsel to Pine Tree Independent School District, Longview Independent School District, County of Harrison and Hallsville Independent School District**

Michael Reed
MCCREARY, VESELKA, BRAGG & ALLEN, P.C.
P.O. Box 1269
Round Rock, Texas  78680
(512) 323-3200
(512) 323-3205 – fax
sragsdale@mvgalaw.com

**Counsel to Dallas County and Gregg County**

Elizabeth Weller
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2323 Bryan Street
Suite 1600
Dallas, Texas  75201
(469) 221-5075
(469) 221-5002 – fax
bethw@publicans.com

| **Counsel to Indiana Department of Environmental Management** | **Counsel to SEIU Pension Plans Master Trust, West Virginia Laborers' Pension Trust Fund and Plumbers and Pipefitters National Pension Fund ("Lead Plaintiffs")** |
|---|---|
| Steven Carter<br>OFFICE OF THE INDIANA ATTORNEY GENERAL<br>IGCS, Fifth Floor<br>302 West Washington Street<br>Indianapolis, Indiana  46204<br>(317) 234-3089<br>(317) 232-7979 – fax<br>*email service not accepted* | Michael S. Etkin<br>LOWENSTEIN SANDLER PC<br>1251 Avenue of the Americas, 18th Floor<br>New York, New York  10020<br>(212) 262-6700<br>(212) 262-7402 – fax<br>metkin@lowenstein.com |
| **Counsel to SEIU Pension Plans Master Trust, West Virginia Laborers' Pension Trust Fund and Plumbers and Pipefitters National Pension Fund ("Lead Plaintiffs")** | **Counsel to the United States of America on behalf of the Internal Revenue Service** |
| Darren J. Robbins<br>Debra J. Wyman<br>COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP<br>655 West Broadway, Suite 1900<br>San Diego, California  92101<br>(619) 231-1058<br>(619) 231-7423 – fax<br>dwyman@csgrr.com | Michael J. Garcia<br>UNITED STATES ATTORNEY FOR THE SOUTHERN DISTRICT OF NEW YORK<br>86 Chambers Street<br>Third Floor<br>New York, New York  10007<br>(212) 637-2745<br>(212) 637-2686 – fax<br>*email service not accepted* |