IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>DANA CORPORATION, et al.,<br><br>        Debtors. | District Court<br>Case No. 08-CV-01038 (PAC) |
| JOSÉ ANGEL VALDEZ,<br><br>        Appellee-Plaintiff,<br><br> -against-<br><br>DANA CORPORATION, et al.,<br><br>        Appellant-Defendant. | Bankruptcy Court<br>Case No. 06-10354 (BRL) |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

 Please enter my appearance as counsel in this case for Appellee-Plaintiff, José Angel Valdez.

> Alan E. Gamza, Esq.
> Moses & Singer LLP
> The Chrysler Building – 405 Lexington Avenue
> New York, NY  10174-1299
> Telephone: (212) 554-7800
> Facsimile: (212) 554-7700

 I certify that I am admitted to practice in this Court.

Dated: February 1, 2008        MOSES & SINGER LLP

                By:   /s/ Alan E. Gamza
                   Alan E. Gamza (AG-2014)
                   The Chrysler Building
                   405 Lexington Avenue
                   New York, NY 10174-1299
                   (212) 554-7800

                   *Attorneys for Appellee-Plaintiff,*
                   *José Angel Valdez*