IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>DANA CORPORATION, et al.,<br><br>Debtors. | District Court<br>Case No. 08-CV-01038 (PAC) |
| JOSÉ ANGEL VALDEZ,<br><br>     Appellee-Plaintiff,<br><br> -against-<br><br>DANA CORPORATION, et al.,<br><br>     Appellant-Defendant. | Bankruptcy Court<br>Case No. 06-10354 (BRL) |

<u>**NOTICE OF APPEARANCE**</u>

To the Clerk of this Court and all parties of record:

   Please enter my appearance as counsel in this case for Appellee-Plaintiff, José Angel Valdez.

    Robert D. Lillienstein, Esq.
    Moses & Singer LLP
    The Chrysler Building – 405 Lexington Avenue
    New York, NY  10174-1299
    Telephone: (212) 554-7800
    Facsimile: (212) 554-7700

   I certify that I am admitted to practice in this Court.

Dated: February 1, 2008      MOSES & SINGER LLP

         By:     /s/ Robert D. Lillienstein
           Robert D. Lillienstein (RL-4585)
           The Chrysler Building
           405 Lexington Avenue
           New York, NY 10174-1299
           (212) 554-7800

           *Attorneys for Appellee-Plaintiff,*
           *José Angel Valdez*