

MOSES & SINGER LLP
405 Lexington Avenue
New York, NY 10174-1299
Telephone: (212) 554-7800
Facsimile: (212) 554-7700
Alan E. Gamza (AG-2014)

Attorneys for the Appellant-Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>DANA CORPORATION, et al.,<br><br>　　　　　　　　　　Debtors. | District Court<br>Case No. 08-CV-01038 (PAC) |
| JOSÉ ANGEL VALDEZ,<br><br>　　　　　　　　　Appellant-Plaintiff,<br><br>-against-<br><br>DANA CORPORATION, et al.,<br><br>　　　　　　　　　Appellee-Defendant. | Bankruptcy Court<br>Case No. 06-10354 (BRL) |

### MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

**TO THE UNITED STATES DISTRICT COURT JUDGE:**

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York, I, Alan E. Gamza, one of the counsel for the Appellant-Plaintiff, José Angel Valdez, and a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of the following counsel:

　　Joseph D. Frank, Esq.
　　Frank/Gecker LLP
　　325 North LaSalle Street, Suite 625
　　Chicago, IL  60610

668327v1  011452.0101

Mr. Frank is a member in good standing of the Bar of the State of Illinois. There are no pending disciplinary proceedings against Mr. Frank in any State or Federal Court.

Dated:   February 12, 2008

Respectfully submitted,

**MOSES & SINGER LLP**

_____
Alan E. Gamza, Esq. (AG-2014)
The Chrysler Building
405 Lexington Avenue
New York, NY  10174-1299
(212) 554-7800

*New York Counsel for Appellant-Plaintiff,
José Angel Valdez*

668327v2  011452.0101

MOSES & SINGER LLP
405 Lexington Avenue
New York, NY 10174-1299
Telephone: (212) 554-7800
Facsimile: (212) 554-7700
Alan E. Gamza (AG-2014)

Attorneys for the Appellant-Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>DANA CORPORATION, et al.,<br><br>Debtors.<br><br>JOSÉ ANGEL VALDEZ,<br><br>Appellant-Plaintiff,<br><br>-against-<br><br>DANA CORPORATION, et al.,<br><br>Appellee-Defendant. | District Court<br>Case No. 08-CV-01038 (PAC)<br><br><br><br>Bankruptcy Court<br>Case No. 06-10354 (BRL) |

### AFFIDAVIT OF ALAN E. GAMZA IN SUPPORT OF
### MOTION FOR ADMISSION *PRO HAC VICE* OF JOSEPH D. FRANK, ESQ.

STATE OF NEW YORK        )
                         ) ss:
COUNTY OF NEW YORK       )

ALAN E. GAMZA, being duly sworn, deposes and says:

1.   I am a partner with the law firm of Moses & Singer LLP, counsel for the Appellant-Plaintiff, José Angel Valdez in the above-captioned appeal. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in Support of the Motion for Admission Pro Hac Vice of Joseph D. Frank, Esq.

668327v2  011452.0101

2. I am a member in good standing of the bar of the State of New York. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. Joseph D. Frank is a partner at Frank/Gecker LLP, located at 325 North LaSalle Street, Suite 625, Chicago, IL 60610.

4. Mr. Frank is also admitted to practice in the U.S. Supreme Court, the U.S. Court of Appeals for the Third, Seventh and Ninth Circuits, and the U.S. District Court for the Northern District of Illinois.

5. Mr. Frank is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure, and is willing to submit to the jurisdiction of this Court and comply with all rules and procedures established by this Court.

6. Accordingly, I move for the admission of Joseph D. Frank, *pro hac vice*. A Certificate of Good Standing for Mr. Frank for the State of Illinois is attached hereto as Exhibit A.

7. I respectfully submit a proposed order granting the admission of Joseph D. Frank, *pro hac vice*, which is attached as Exhibit B.

WHEREFORE, it is respectfully requested that the motion to admit Joseph D. Frank, *pro hac vice*, to represent the Appellant-Plaintiff, José Angel Valdez in the above-captioned appeal, be granted.

Sworn to before me this
____12____ day of _____February_____, 2008

_____
Notary Public

DON K. KICK
Notary Public, State of New York
No. 01KI6098644
Qualified in Nassau County
Commission Expires Sept. 15, 2007

Don Kick
Notary Public, State of New York
No. 01K16098644
Qualified in Nassau County
Commission Expires
September 15, 2011

# EXHIBIT A

# CERTIFICATE OF GOOD STANDING



*United States of America*

}ss. Joseph Daniel Frank

*Northern District of Illinois*

I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois,

DO HEREBY CERTIFY That Joseph Daniel Frank was duly admitted to practice in said Court on (12/06/1993) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (01/17/2008 )

Michael W. Dobbins, Clerk,

By: Jannette Nunez
Deputy Clerk

# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>DANA CORPORATION, et al.,<br><br>　　　　　　　　　　　Debtors. | District Court<br>Case No. 08-CV-01038 (PAC) |
| JOSÉ ANGEL VALDEZ,<br><br>　　　　　　　　Appellant-Plaintiff,<br><br>-against-<br><br>DANA CORPORATION, et al.,<br><br>　　　　　　　　Appellee-Defendant. | Bankruptcy Court<br>Case No. 06-10354 (BRL) |

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

UPON the motion of Alan E. Gamza, attorney for the Appellant-Plaintiff, José Angel Valdez, in the above-captioned appeal, and the Affidavit of Alan E. Gamza in Support thereof, it is hereby

ORDERED, that Joseph D. Frank is admitted *pro hac vice* as counsel for the Appellant-Plaintiff, José Angel Valdez, in the above-captioned appeal in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: _____, 2008
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

668327v2 011452.0101

Case 1:08-cv-01038-PAC    Document 10    Filed 02/13/2008    Page 9 of 10

MOSES & SINGER LLP
405 Lexington Avenue
New York, NY 10174-1299
Telephone: (212) 554-7800
Facsimile: (212) 554-7700
Alan E. Gamza (AG-2014)

Attorneys for the Appellant-Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>DANA CORPORATION, et al.,<br><br>Debtors. | District Court<br>Case No. 08-CV-01038 (PAC) |
| JOSÉ ANGEL VALDEZ,<br><br>Appellant-Plaintiff,<br><br>-against-<br><br>DANA CORPORATION, et al.,<br><br>Appellee-Defendant. | Bankruptcy Court<br>Case No. 06-10354 (BRL) |

### AFFIDAVIT OF SERVICE OF MOTION FOR ADMISSION TO PRACTICE, PRO HAC VICE, OF JOSEPH D. FRANK, ESQ.

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

    Nova A. Constantino, being duly sworn according to law, deposes and says that she is employed by Moses & Singer, LLP, New York counsel for the Appellant-Plaintiff, and that on the 13th day of February, 2008, she caused a copy of the Motion for Admission to Practice, Pro Hac Vice to be served, via regular mail, to:

    Corinne Ball, Esq.
    Jones Day (NYC)
    222 East 41st Street
    New York, NY 10017
    Counsel for Dana Corporation

668327v1  011452.0101

*[signature]*
Nova A. Constantino

Sworn to before me on February 13, 2008

*[signature: Don K. Kick]*
Notary Public

DON K. KICK
Notary Public, State of New York
No. 01KI6098644
Qualified in Nassau County
Commission Expires Sept. 15, 2011

672145v1  011452.0101