UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 2 2 2008
```

-----------------------------------------------------------------x
                                    :

In re                                 :

                                   :    Case Nos. 1:08-CV-01037 (PAC)

Dana Corporation, *et al.*,            :           1:08-CV-01038 (PAC)

                                   :

                Appellee.       :

-----------------------------------------------------------------x

## ORDER CONSOLIDATING APPEALS

        **WHEREAS**, on March 3, 2006 (the "Petition Date"), the Appellee filed voluntary

petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code")

in the United States Bankruptcy Court for the Southern District of New York, Case No. 06-

10354 (BRL); and

        **WHEREAS**, on December 26, 2007, the United States Bankruptcy Court for the

Southern District of New York entered the Order Confirming Third Amended Joint Plan of

Reorganization of Debtors and Debtors In Possession (the "Order") (Docket No. 7509); and

        **WHEREAS**, on January 3, 2008, Appellant Ad Hoc Committee of Personal

Injury Asbestos Claimants (the "Ad Hoc Committee") filed a Notice of Appeal of the Order with

the United States Bankruptcy Court for the Southern District of New York (Docket No. 7540),

commencing appeal proceedings in the United States District Court for the Southern District of

New York. On January 11, 2008, the Ad Hoc Committee filed a Statement of Issues on Appeal

with the Bankruptcy Court (Docket No. 7604); and

        **WHEREAS**, on January 4, 2008, Appellant Jose Angel Valdez ("Valdez" and,

together with the Ad Hoc Committee, collectively, the "Appellants") filed a Notice of Appeal of

the Order with the United States Bankruptcy Court for the Southern District of New York

(Docket No. 7544), likewise commencing appeal proceedings in the United States District Court

for the Southern District of New York.  On January 14, 2008, Valdez filed his Statement of

Issues on Appeal with the Bankruptcy Court (Docket No. 7622); and

**WHEREAS,** the Appellants in the above captioned bankruptcy appeals challenge

the Order; and

**WHEREAS,** each of the above captioned appeals challenges the validity of the

Bankruptcy Court's Order, such that there is a risk of inconsistent rulings absent consolidation;

and

**WHEREAS,** the factual and legal record supporting the Order is identical as to

all Appellants; the records on appeal submitted with respect to each of the above captioned

appeals are substantially similar; and the issues presented in each appeal significantly overlap;

and

**WHEREAS,** it appears that the interests of justice and efficiency will be best

served by consolidating each of the above captioned appeals, in accordance with Fed. R. Civ. P.

42, Fed. R. Bankr. P. 7042, Fed. R. Bankr. P. 8011(b), and Southern District of New York Local

Rule 15(a);

**NOW, THEREFORE, IT IS HEREBY ORDERED** that the following

bankruptcy appeals are consolidated for all purposes: In re Dana Corporation, et al., Case No.

1:08-CV-01037 (PAC) (S.D.N.Y.) (filed January 31, 2008) and In re Dana Corporation, et al.,

Case No. 1:08-CV-01038 (PAC) (S.D.N.Y.) (filed January 31, 2008).  All pleadings in the

consolidated case shall be captioned "In re Dana Corp., et al., No. 1:08-CV-1037 (PAC)," and

the Honorable Paul A. Crotty, United States District Judge in the Southern District of New York,

shall hear and determine the consolidated appeal.


Dated: New York, New York
       February 21, 2008

_____
        Honorable Paul A. Crotty
     UNITED STATES DISTRICT JUDGE