IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 2 5 2008

In re:

DANA CORPORATION, et al.,

                 Debtors.

JOSÉ ANGEL VALDEZ,

                 Appellant-Plaintiff,

-against-

DANA CORPORATION, et al.,

                 Appellee-Defendant.

District Court
Case No. 08-CV-01038 (PAC)

Bankruptcy Court
Case No. 06-10354 (BRL)

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

UPON the motion of Alan E. Gamza, attorney for the Appellant-Plaintiff, José Angel Valdez, in the above-captioned appeal, and the Affidavit of Alan E. Gamza in Support thereof, it is hereby

ORDERED, that Joseph D. Frank is admitted *pro hac vice* as counsel for the Appellant-Plaintiff, José Angel Valdez, in the above-captioned appeal in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: February 25, 2008
New York, New York

_____
UNITED STATES DISTRICT COURT JUDGE

668327v2 011452.0101